FILED 11 MAR 01 13:42USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 06-11-02-MO |
| v. | ORDER REVOKING SUPERVISED RELEASE TERM, |
| CHRISTOPHER DALE ELLIOTT, | IMPOSING SENTENCE, AND REIMPOSING SUPERVISED |
| Defendant. | RELEASE TERM |

On October 30, 2006, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 41 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began March 4, 2009.

On November 12, 2010, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On February 25, 2011, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by failing to obey all laws (Theft II), failing to report to the probation officer as directed, failing to notify the probation officer within 72 hours after being

*ORDER—ELLIOTT, CHRISTOPHER DALE*                                                          *Page 1*

questioned by law enforcement, using controlled substances, and failing to report for urine testing.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 6 months, to be served consecutive to sentence received in Washington County Circuit Court case number C053735CR.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release for 24 months, subject to the standard conditions and the following special conditions: 1) the defendant shall reside in and participate in the program of an inpatient drug treatment center, as directed by the probation officer, for a period not to exceed 60 days; 2) the defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer; 3) the defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale; and 4) the defendant shall participate in a mental health treatment program approved by the probation officer.

DATED this ___1___ day of ~~February~~ May, 2011.

_____
The Honorable Michael W. Mosman
U.S. District Judge

*ORDER—ELLIOTT, CHRISTOPHER DALE*  *Page 2*